No. 83–993.   IMPRO PRODUCTS, INC. *v.* HERRICK ET AL.
C. A. 8th Cir.   Certiorari denied.

No. 83–996.   BIER *v.* FLEMING ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–1002.   SOLEM, WARDEN *v.* NERISON.   C. A. 8th Cir.
Certiorari denied.

No. 83–1003.   PERCY, SECRETARY, WISCONSIN DEPARTMENT
OF HEALTH AND SOCIAL SERVICES *v.* DAUBERT ET AL.   C. A.
7th Cir.   Certiorari denied.

No. 83–1004.   TOSHIBA AMERICA, INC. *v.* COPY-DATA SYS-
TEMS, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–1008.   PENNSYLVANIA DENTAL ASSN. *v.* CUTLER.   C. A.
3d Cir.   Certiorari denied.

No. 83–1009.   NORTH CANTON ENTERPRISES OF PENNSYLVA-
NIA, INC. *v.* BOARD OF PROPERTY ASSESSMENT, APPEALS AND
REVIEW OF ALLEGHENY COUNTY, ET AL.   Pa. Commw. Ct.
Certiorari denied.

No. 83–1016.   KIMBERLY-CLARK CORP. *v.* KALMAN.   C. A.
Fed. Cir.   Certiorari denied.

No. 83–1017.   BOHRER *v.* HANES CORP. ET AL.   C. A. 5th Cir.
Certiorari denied.

No. 83–1018.   ESPOSITO ET AL. *v.* MISTER SOFTEE, INC., ET
AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–1019.   WIED *v.* VALHI, INC.   Sup. Ct. Del.   Certiorari
denied.

No. 83–1025.   STONE & WEBSTER ENGINEERING CORP. ET AL.
*v.* HEFFELFINGER, ADMINISTRATRIX OF THE ESTATE OF HEFFEL-
FINGER, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–1026.   LINDE, THOMSON, FAIRCHILD, LANGWORTHY,
KOHN & VAN DYKE ET AL. *v.* T. J. RANEY & SONS, INC.   C. A.
10th Cir.   Certiorari denied.